EXHIBIT A TO
BELO CASES INITIAL PROCEEDINGS
CASE MANAGEMENT ORDER


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| \*\*\* | CIVIL ACTION |
| VERSUS | NO. |
| BP EXPLORATION & PRODUCTION, INC.<br>AND BP AMERICA PRODUCTION COMPANY | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

Related to: 12-968 BELO
in MDL No. 2179

# BELO COMPLAINT