UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**JOHN SCOTT MAAS,**

    Plaintiff,                                          CIVIL ACTION NO 20-cv-00335

**VERSUS**

                                                                       JUDGE BARBIER

**BP EXPLORATION & PRODUCTION,**     MAG. JUDGE WILKINSON
**INC. & BP AMERICA PRODUCTION**
**COMPANY**

    Defendants,

**Related to:**    12-968 BELO
                     in MDL No. 2179
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION

COMES NOW Counsel for Plaintiff, Nathan L. Nelson hereby moves for entry of an Order granting withdrawal as counsel of record for Plaintiff, JOHN SCOTT MAAS, removing him from the service list in this matter, pursuant to Rule 83.2.11 of the Local Rules of the United States District Court for the Eastern District of Louisiana in support thereof states as follows:

1. Plaintiff, John Scott Maas, and undersigned Counsel have reached irreconcilable differences in the course of Counsel's representation of Plaintiff;

2. Plaintiff has advised that he is planning to proceed pro se;

3. No party will be unduly prejudiced by the granting of this motion as the case is still at its early stage and the Belo Complaint has just been filed on January 29, 2020.

4. A copy of this motion and all other upcoming deadlines have been served to the Plaintiff and Opposing Counsel by certified mail.

5. Plaintiff's current contact information is as follows:

    John Scott Maas
    505 Ripley Road
    Sparta TN 38583

6. Plaintiff can be reached via telephone at (228)-273-5898.

7. Defendants have indicated that they do not oppose this Motion to Withdraw.

**WHEREFORE** Counsel for Plaintiff, Nathan L. Nelson respectfully request that this Court enter an Order: granting his leave to withdraw as counsel for Plaintiff, removing Nathan L. Nelson from the service list in this matter, and any other relief this Court deems just and proper.

Dated: February 17th, 2020

Respectfully submitted,

/s/ Nathan L. Nelson
Nathan Nelson, Florida Bar No.: 1002523
THE DOWNS LAW GROUP, P.A.
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Phone : (305) 444-8226
Fax : (305-444-6773
Email : nnelson@downslawgroup.com

*Attorneys for Plaintiff John Scott Maas.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct going of the foregoing instrument was electronically filed with the Clerk of Court using the CM/ECF system and sent via certified mail to John Scott. Maas at 505 Ripley Road, Sparta TN 38583. Notice of this filing was also sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system via the notice of this filing sent through the CM/ECF system.

Dated this 17th day of February 2020

/s/ Nathan L. Nelson
Nathan L. Nelson, Esq.