RECEIVED
By JayWilkinson at 7:57 am, Mar 26, 2020

FILE UNSIGNED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

John Scott MAAS

Plaintiff

B.P. Exploration and Production Inc.
B.P. America Production Company

CIVIL ACTION

No. 20-CV-00335

Defendant(s)

Reconsider Order

Related to 12-968 BELO
in M.D.L. no. 2179

Section " " Mag " "

Judge Wilkinson

Dated: 3/12/20

John Scott MAAS
505 Ripley Rd
Sparta TN 38583
228-273-5898

Certificate of Service
I hereby certify that I have served a copy of this
document on all counsel fo record either in person
or by mailing it postage prepaid on this

12 day of March, 20 20

Signature

TENDERED FOR FILING

MAR 17 2020

U.S. DISTRICT COURT
Eastern District of Louisiana

I motion this court to reconsider the order granting councels un-opposed motion to withdraw councel for the following reasons.

(1) It would have been opposed if Nathan Nelson would have in fact sent the motion to me as he lied about cirtificate of service. section 4

(2) Nathan Nelson Also lied in the Motion to Withdraw Dated 02-07-20 At No Time have I ever planed to proceed Pro Se, in this claim. ~~Proff~~ Proof of this Fact exists in the attached letters from Mr Nelson, At no time does Mr Nelson claim any Pro Se planning. Perpetrating Fraud against this court willfully and intentionally. I got a copy of Mr Nelsons Motion to Withdraw From Pro Se clerk of this court sent Feb 24-2020

(3) Mr Nelsons claim of irreconcilable differences are also involving fraud against this court, I refused

TENDERED FOR FILING

MAR 17 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

to sign false PPF statments so he quit my case on or about 2-3-20, claiming a "Lack of trust" Attached is proof of this fact, A letter dated 1-30-20, and two letters recived on 2-8-20. One undated and one dated 2-6-20. The undated letter marked as Attorney Client Privilege fully and clearly explains their view only. It also is filled with false statments. First, the firm reluctantly accepted TN, as the proper venue, Second, No draft of the PPF was ever sent, only 5 pages. The 5 pages were not correct, but changed by The Downs Law group. The 5 pages and the cover letter only required Initials. Not review and corrections, as indicated in the letter marked Attorney Client Privilege.

I waive any Attorney Client Privilege with the Downs Law Group. Making false statments to a Federal Judge should be taken very seriously by both plaintiff-council and the courts. It's criminal

Question # 20 in The PPF is ~~completely~~ False. That was the main point in the PPF.

I was not a shoreline clean up worker, but a V.O.O. captain. I never had any heat related issues involving heat rash or heat exhaustion, I never picked up any Tar Balls. Water - oil - Toxins splashed me hundreds of Times.

I do suffer as a result from Asthma and Reactive air ways disease. Also PTSD and panic Attacks, constant cough, Difficulty Breathing, and Shortness of breath, Vision and skin issues as well.

After several requests for my file, the Downs Law group and Craig Downs Refuse to return my file, They claim I now owe them $908 to return my file. It took them 6 weeks to tell me that, after 10 calls and an Ignored letter.

This issue is in conflict with my contract with Craig Downs and the Downs Law group dated 4-9-19 signed By Craig Downs

The cost and expenses on
page 2.
   As a result, section 3
of Mr Nelsons Motion to Withdraw
is also Not True.
   I have contacted over 50
Law firms to take this claim,
none will take it.

   I request relief in the
form of sanctions against the
Downs Law Group as this court
may see fit, and order Downs
Law Group to return my
complete File in case 2:20-CV-00335

Respectfully submitted,

J S MAAS

John S. MAAS
505 Ripley Rd
Sparta TN. 38583
228-273-5898



## THE DOWNS
### LAW GROUP

MAIN OFFICE: CONTINENTAL PLAZA
3250 MARY STREET, SUITE 307
COCONUT GROVE, FL 33133
TEL. 305.444.8226
FAX. 305.444.6773
RESPOND TO MIAMI-DADE OFFICE

BROWARD:
707 NE 3RD AVE, SUITE 201
FORT LAUDERDALE, FL 33301
TEL. 954.417.3556

DUVAL: BANKERS LIFE BUILDING
6620 SOUTHPOINT DRIVE SOUTH, SUITE 450-E
JACKSONVILLE, FL 32216
TEL. 904.296.3233

TOLL FREE:
888.960.2055

ATTORNEYS:
CRAIG T. DOWNS, ESQ.
JEREMY D. FRIEDMAN, ESQ.
WILLIAM T. RIEDER, JR., ESQ.
NATHAN L. NELSON, ESQ.
MARIANA SUAREZ, ESQ.
GABRIEL HAWA, ESQ.
CHARLES D. DURKEE, ESQ.
NATASHA HARRISON, ESQ.
SHEEBA AWJANI, ESQ. *

* Not Admitted in the State of Florida

### Attorney Client Privilege

Dear John Maas:

We have serious concern with inaccurate allegations you have made via voice mail, regarding the handling of your case.

First, you have indicated we have refused to have your case transferred to Tennessee. We have never refused to have your case transferred to Tennessee. On the contrary, you called our office to address this very issue and we have repeatedly assured you we would make our best efforts to have your case transferred to Tennessee. Specifically, on November 19, 2019, you called our office to express these very concerns. Subsequently Nathan Nelson, Esq. spoke to you on November 20, 2019, detailing the venue transfer process which would occur approximately 120 days after your complaint was filed. Additionally, he explained that venue is to be determined by both parties (Plaintiff and Defendants) and that our venue proposal to the Defendants and the Court would be Tennessee, per your request. However, he also indicated that if the Defendants did not agree, the Court would ultimately make the decision regarding venue transfer and therefore we could not guarantee where the case would be tried.

Secondly, you indicated that we forced you to sign an inaccurate Plaintiff Profile Form (PPF). This is not only false, but you berated our staff regarding the accuracy of the information contained therein. On January 30, 2020, we advised you that we would be mailing out a draft of the PPF with all of information to Initial and Sign. Subsequently, during the telephone call on February 4, 2020, a member of our staff explained that the purpose of sending you the draft of the PPF was for you to review and correct any information listed and for you to sign and initial each page if it was correct. This PPF was to be verified

TENDERED FOR FILING

MAR 17 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

WWW.DOWNSLAWGROUP.COM

MIAMI-DADE · 3250 MARY STREET · SUITE 307 · COCONUT GROVE, FLORIDA 33133 · T. 305.444.8226

(i.e. signed and initialed under penalty of perjury) and we in no way advised you to sign an incorrect copy.

Thirdly, during a telephone call on February 5, 2020, you stated that you planned on reaching out to the Florida Bar to report us for "breach of contract" unless we agreed to not place a lien on your case. At that time, we informed you we would not relinquish our right to file a lien for worked performed on your BELO. We also strongly suggested that you seek other counsel for legal advice regarding filing a bar complaint and due to our firm's belief that this could be considered extortion.

Next, you also stated in a voice mail on February 5, 2020, you have been in contact with BP's defense counsel (Williams and Connolly / Shook, Hardy and Bacon) regarding your claim. This raises several concerns, one being that counsel for BP should not being speaking to you while you are represented by an attorney. Second speaking with counsel for BP Defendants could potentially damage your case and hinder your ability to recover anything related to your BELO.

Lastly, we have repeatedly told you that in order for you to pursue a BELO for additional conditions you allegedly are suffering from (Skin Cancer and PTSD), you would need to provide us with the medical records for those conditions. On a telephone call on 11/19/2019, you stated you were diagnosed on 11/18/19, with skin cancer. We advised you submit the medical records. We then advised the same information again on 11/20/19, 1/24/2020 and again on 1/31/2020. However, you never submitted the medical records for those conditions. Please be advised, if a Notice of Intent to Sue is not properly and timely filed with the Claims administrator, with medical records evidencing your conditions included, you will lose your ability to seek compensation in the BELO.

Because of the aforementioned reasons, please see the additional correspondence regarding your Notice of non-representation for your Back End Litigation Option (BELO).


Regards,

*/s/ Craig T. Downs*
NLN/ja



# THE DOWNS
LAW GROUP

MAIN OFFICE: CONTINENTAL PLAZA
3250 MARY STREET, SUITE 307
COCONUT GROVE, FL 33133
TEL. 305.444.8226
FAX. 305.444.6773
RESPOND TO MIAMI-DADE OFFICE

BROWARD:
707 NE 3RD AVE, SUITE 201
FORT LAUDERDALE, FL 33301
TEL. 954.473.3556

DUVAL: BANKERS LIFE BUILDING
6620 SOUTHPOINT DRIVE SOUTH, SUITE 450-E
JACKSONVILLE, FL 32216
TEL. 904.296.3233

TOLL FREE:
888.960.2055

ATTORNEYS:
CRAIG T. DOWNS, ESQ.
JEREMY D. FRIEDMAN, ESQ.
WILLIAM T. RIEDER, JR., ESQ.
NATHAN L. NELSON, ESQ.
MARIANA SUAREZ, ESQ.
GABRIEL HAWA, ESQ.
CHARLES D. DURKEE, ESQ.
NATASHA HARRISON, ESQ.
SHEEBA AWJANI, ESQ.*

*Not Admitted in the State of Florida

February 6, 2020

**SENT VIA USPS**
John Maas
505 Ripley Rd
Sparta, TN 38583

RE:     BP Deepwater Horizon
Matter No.: 19/26710

## NOTICE OF NON-REPRESENTATION FOR BACK END LITIGATION OPTION (BELO)

Dear John Maas:

Based on numerous conversations and voicemails you have left with our office (Specifically with Mr. Nathan Nelson and Mr. Craig Downs) it is clear there is a conflict of interest and irreconcilable differences between you and our firm. Therefore, it is our ethical duty to withdraw as counsel of record for your Back End Litigation Option (BELO). A Motion of Withdrawal will be filed with the courts. Please be advised you must comply with the following deadlines in order to avoid potential sanctions and possible dismissal of your BELO, by the courts:

Case Number: 20-cv-00335 filed January 29, 2020
Deadline to submit Plaintiff Profile Form: April 08, 2020.
Deadline to request change of venue: May 08, 2020

TENDERED FOR FILING

MAR 17 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

WWW.DOWNSLAWGROUP.COM

MIAMI-DADE · 3250 MARY STREET · SUITE 307 · COCONUT GROVE, FLORIDA 33133 · T.
305.444.8226

Please note if you retain new counsel, they must provide us with letterhead correspondence for us to discuss or send any information to them regarding your case. Further discussions regarding your case and other concerns we have, are identified under separate cover "Attorney Client Privilege".

Should you have any questions, please contact the undersigned.

Sincerely,
Craig T. Downs /s/
CTD/ja



# THE
# DOWNS
LAW GROUP

MAIN OFFICE: CONTINENTAL PLAZA
3250 MARY STREET, SUITE 307
COCONUT GROVE, FL 33133
TEL. 305.444.8226
FAX. 305.444.6773
RESPOND TO MIAMI-DADE OFFICE

BROWARD:
707 NE 3RD AVE, SUITE 201
FORT LAUDERDALE, FL 33304
TEL. 954.417.3556

DUVAL: BANKERS LIFE BUILDING
6620 SOUTHPOINT DRIVE SOUTH, SUITE 450-E
JACKSONVILLE, FL 32216
TEL. 904.296.3233

TOLL FREE:
888.960.2055

ATTORNEYS:
CRAIG T. DOWNS, ESQ.
JEREMY D. FRIEDMAN, ESQ.
WILLIAM T. RIEDER, JR., ESQ.
NATHAN L. NELSON, ESQ.
MARIANA SUAREZ, ESQ.
GABRIEL HAWA, ESQ.
ALLAN KAISER, ESQ.
CHARLES D. DURKEE, ESQ.
NATASHA HARRISON, ESQ.
SHEEBA AWJANI, ESQ.*

*Not Admitted in the State of Florida

January 30, 2020

<u>**Sent VIA USPS**</u>
John Maas
505 Ripley Road
Sparta, TN 38583

Dear Mr. Maas,

Attached please see form(s) that need to be either signed or initialed where highlighted.  You can send back via email to records@downslawgroup.com , fax to (305) 444-6773 or via mail to: The Downs Law Group 3250 Mary Street, Suite 307 Coconut Grove, FL 33133. Thank you.

**If you have any questions, please do not hesitate to call us: 305-444-8226**

We look forward to hearing from you.

Best Regards,

*/s/ Craig T. Downs*
*(Dictated but not read, signed electronically to avoid delay)*
Craig Thomas Downs, Esq.
CTD/py

TENDERED FOR FILING

MAR 17 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

WWW.DOWNSLAWGROUP.COM

MIAMI-DADE · 3250 MARY STREET · SUITE 307 · COCONUT GROVE, FLORIDA 33133 · T. 305.444.8226

**INFORMATION ABOUT THE CLAIM**

19. Are you claiming that you have developed or may develop bodily injury as a result of exposure to the oil spill and/or chemical dispersant used in response to the oil spill?

    YES

20. Describe in as much detail as possible the bodily injury (or medical condition) you claim resulted from your exposure to the oil spill and/or chemical dispersant WITHIN 72 HOURS OF PICKING UP TAR BALLS ON THE SHORELINE, I DEVELOPED A COUGH AND SHORTNESS OF BREATH, WHICH ALSO CAUSED ME TO HAVE PANIC ATTACKS; AT ONE POINT, I WAS SPLASHED IN MY EYES WITH CONTAMINATED WATER WHILE PICKING UP TAR BALLS. WITHIN 24 HOURS MY EYES WERE BURNING. WHILE CLEANING THE SHORELINES, I INHALED FUMES THAT SMELLED LIKE BURNING OIL. WITHIN 24 HOURS OF INHALATION, I DEVELOPED A HEAT RASH AND HEAT EXHAUSTION; AS A RESULT OF SUFFERING FROM ASTHMA AND REACTIVE AIRWAY DISEASE, I HAVE A CONSTANT COUGH, DIFFICULTY BREATHING, AND SHORTNESS OF BREATH.

21. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:

    A. Where did the exposure(s) occur?
       PASCAGOULA, MS    *Biloxi Ms. Oceansprings Ms*
       GULFPORT, MS    *Gulfport Ms. bâtier Ms.*

    B. When did the exposure(s) occur?
       JUNE 2010-JULY 2011

    C. To what substance or chemical were you exposed, if you know?
    D. OILS, CHEMICALS AND TOXINS

    E. For how long were you exposed to this substance or chemical? *Residence 1000 yards*
       12 HOURS A DAY, AND 7 DAYS A WEEK *— From Water.*

22. Who witnessed your exposure to this substance or chemical?
    TOM DANIELS (FORMER DECKHANDS); RESIDES IN COLORADO
    JEFF HERRING (FORMER DECKHANDS); RESIDES IN GULFPORT, MS
    *Task Force 13 Voo Point Cadet. Parsons*
    *— Worly*

    - 5 -

    ✗ Initial ___

23.  During your alleged exposure, were you provided by BP or any other entity protective clothing, gear, equipment, etc.? NO; NONE WERE PROVIDED BY BP OR ANY OTHER ENTITY - *Rope - Pon- Poms - Pads - Bags - only clean up sup no PPES*

A.  Identify the specific clothing, gear, equipment, etc. you were provided:
*absorbant Pads - Pom-Poms - Rope . Plastic bags - Tape No PPES* N/A

B.  When and how often were you provided such clothing, gear, and equipment?
*Daily , We signed for all gear at the semi Trailer Provide by VOO no PPES they were out* N/A

C.  Where or from whom were you provided the clothing, gear, equipment, etc.?
*Point Cadet VOO, Run By Parsons - Worly Group. Sign sheet for supplys exist.* NOBODY *only clean up supplys no PPES they were out*

24.  During your alleged exposure, did you wear and/or use protective clothing, gear, equipment, etc.?
If "*Yes*,"                     YES – I PURCHASED RUBBER GLOVES MYSELF

A.  Identify the specific clothing, gear, equipment, etc. worn and/or used:
*Hat           T shirt - shorts - Deck shoes*
RUBBER GLOVES
*eye Protection*

B.  When and how often did you use and/or wear such clothing, gear, and equipment? DAILY

C.  Where or from whom did you obtain the clothing, gear, equipment, etc.?

WALMART

D.  If you did not use the clothing, gear, equipment provided to you, please explain why: *VOO WAS Not supplied out of everything*

I ONLY WORE GLOVES, AT THE END OF THE SHIFT TO CLEAN UP THE BOAT.
*I Knew we should, so did they. But they sent us anyway. Telling us its safe as Dawn* ✗ Initial ____ *Dish soap . Just dont Drink It.*

25. Name of doctor(s) (or other healthcare providers) who diagnosed your injury (or condition)?

DAVID HENSON M.D.

A. For each doctor (or other healthcare provider) identified in the prior question, when did he/she make the diagnosis?

SEPTEMBER 11, 2015    *Sept 24 ?*

B. Have you had any discussion with physician(s) or other healthcare provider(s) about whether your alleged injury or injuries are, or might be, related to exposure to the substance or chemical listed in answering Question 21(C)?        YES

If "Yes," please provide the following information:

| Name & Address of Healthcare Provider | Date of Discussion | What Was Said |
|---|---|---|
| COOKEVILLE REGIONAL MEDICAL GROUP (145 WEST 4TH STREET, COOKEVILLE, TN 38501-4294) | SEPTEMBER 11, 2015 *Sept 24?* | REFER TO NOIS |

26. Who else (beside your doctor or healthcare providers) knows about your injury (or condition)?

FAMILY AND FRIENDS

27. Does the alleged injury, or do the alleged injuries, persist today?        YES

A. Do you still receive treatment?  YES

B. If so, from whom?  CHARLES J. WRAY M.D.- PULMONOLOGIST
JEANNE THOMPSON M.D.

28. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question 21(B))?  NO

- 7 -

 Initial _____

C.  Who treated it? (identify condition and health care provider)

RESPIRATORY ILLNESS/ CHARLES WRAY M.D.
OCULAR CONDITIONS/ HAVE NO RECEIVED TREATMENT
MENTAL HEALTH ISSUES/

## YOUR FAMILY INFORMATION

43. Have you ever been married?      YES
    If "*Yes*," for each spouse,
       Identify:

    A.  Spouse's name: JILL VICK

    B.  Date of marriage: 1994

    C.  Spouse's occupation: I DON'T HAVE CONTACT WITH HER, THEREFORE I
        DON'T KNOW     unknown

44. Have any of your children, parents, siblings, or close relatives (aunts, uncles, or grandparents)
    suffered from any of the conditions listed in Question 40? NO

    If "*Yes,*" identify each such person below and provide the information requested.

    D.  Name:

    E.  Relationship to Plaintiff:

    F.  Current Age (or Age at Death):

    G.  Type of Condition:

    H.  If Applicable, cause of death:

- 15 -

Ⅹ Initial ____

50.    .Each physician or healthcare provider not already identified above from whom you have received treatment in the last ten (10) years:

| Name | Address |
|---|---|
| CHARLES J. WRAY, M.D. | 330 23RD AVE N. #500, NASHVILLE, TN 37203 |
|  |  |
|  |  |
|  |  |
|  |  |

51.    Each pharmacy that has dispensed medication to you in the past ten (10)years:

| Name | Address |
|---|---|
| RITE AID | 3082 BIENVILLE BOULEVARD, OCEAN SPRINGS, MS 39564 |
| WALGREENS | 483 WEST BOCKMAN WAY, SPARTA TN 38583 |
| CVS Caremark | PO Box 659539  San Antonio Tx 78265 |
| Pay less | Sparta TN |
| Walgreens | Ocean Springs MS. |

- 19 -

Initial ____