UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN SCOTT MAAS, | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 20-00335 |
| | * | |
| VERSUS | * | |
| | * | |
| BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY, | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE |
| | * | JUDGE CURRAULT |
| DEFENDANTS. | * | |
| | * | |
| Related to:  12-968 BELO in MDL No. 2179 | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## PARTIES' STATEMENT REGARDING VENUE

Pursuant to Section III(1)(A) of the Initial Proceedings Case Management Order ("CMO"), and as provided by Section VIII.G of the Medical Benefits Class Action Settlement Agreement ("MSA"), Plaintiff John Scott Maas and Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") stipulate that this Back-End Litigation Option ("BELO") Lawsuit should, in accordance with the standards of 28 U.S.C. § 1404(a), be transferred to the United States District Court for the Middle District of Tennessee, the Northeastern Division, for further proceedings.[1]

---

[1] The venue selection made herein is based on information provided by Plaintiff pursuant to the CMO and MSA.  The BP Parties reserve all rights to seek to transfer venue if it is later determined that another forum would be more appropriate pursuant to 28 U.S.C. § 1404(a) or otherwise.  The BP Parties do not concede that any other cases currently subject to the MDL proceedings in this Court should be transferred pursuant to 28 U.S.C. § 1404(a) or otherwise. The BP Parties also reserve all rights as to venue and timing of any transfer with respect to such other MDL cases and in other BELO Lawsuits.

Date: August 21, 2020                    Respectfully submitted,

                                       */s/ John Scott Maas*
                                       John Scott Maas
                                       505 Ripley Road
                                       Sparta, TN 38583
                                       Telephone: (228) 273-5898

***PRO SE PLAINTIFF JOHN SCOTT MAAS***

                                       */s/ Scott C. Seiler*
                                       Scott C. Seiler (Bar #19784)
                                       Devin C. Reid (Bar # 32645)
                                       LISKOW & LEWIS
                                       701 Poydras Street, Suite 5000
                                       New Orleans, LA 70139
                                       Telephone: (504) 581-7979
                                       Telefax: (504) 556-4108

                                       */s/ Kevin M. Hodges*
                                       Kevin M. Hodges
                                       WILLIAMS & CONNOLLY LLP
                                       725 Twelfth Street, N.W.
                                       Washington, DC 20005
                                       Telephone: (202) 434-5000
                                       Telefax: (202) 434-5029

                                       */s/ Catherine Pyune McEldowney*
                                       Catherine Pyune McEldowney
                                       MARON MARVEL BRADLEY
                                       ANDERSON & TARDY LLC
                                       1201 North Market Street, Suite 900
                                       Wilmington, DE 19801
                                       Telephone: (302) 425-5177
                                       Telefax: (302) 425-0180

                                       */s/ Georgia L. Lucier*
                                       Georgia L. Lucier
                                       HUNTON ANDREWS KURTH LLP
                                       600 Travis Street, Suite 4200
                                       Houston, TX 77002
                                       Telephone: (713) 220-4200
                                       Telefax: (713) 220-4285

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020, the above and foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. The above and foregoing pleading was also served by certified mail dated August 21, 2020 upon Plaintiff John Scott Maas at the below address:

John Scott Maas
505 Ripley Road
Sparta TN 38583

                                        */s/ Scott C. Seiler*
                                        Scott C. Seiler