UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN SCOTT MAAS | * | CIVIL ACTION |
| VERSUS | * | NO. 20-335 |
| BP EXPLORATION & PRODUCTION, INC. ET AL. | * | SECTION "J" (2) |

## TRANSFER ORDER AND REASONS ON MOTION

The BELO portion of the Medical Benefits Class Action Settlement Agreement in *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179, ECF No. 6427-1, at 60–73, and this court's Case Management Orders, ECF No. 14099 in MDL No. 2179 and ECF No. 3 in the captioned case, provide for determination by this court, with the input of the parties, of the appropriate venue for discovery and dispositive proceedings. The parties have stipulated that the appropriate venue for further proceedings in this case is the United States District Court for the Middle District of Tennessee, Northeastern Division. ECF No. 26.

Paragraph III (2) of this court's BELO Cases Initial Proceedings Case Management Order provides that "the factors set forth in 28 U.S.C. § 1404(a) and applicable case law" govern determination of the appropriate venue for discovery and dispositive proceedings. *See also In re Volkswagen of Am., Inc.,* 545 F.3d 304, 315 (5th Cir. 2008). The convenience of the parties and witnesses and the interests of justice warrant transfer of this case pursuant to 28 U.S.C. § 1404. A magistrate judge is authorized to transfer a case of this sort to another district. *Balawajder v. Scott*, 160 F.3d 1066, 1067 (5th Cir. 1999).

Accordingly, **IT IS ORDERED** that the instant matter be **TRANSFERRED** to the United States District Court for the Middle District of Tennessee, Northeastern Division.

New Orleans, Louisiana, this __24th__ day of August, 2020.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**