UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED AUG 21 2020

CAROL L. MICHEL
CLERK

John S. MAAS
Plaintiff   Versus
BP Exploration + Production Inc
and BP America, Production
Company
Defendant(s)

CIVIL ACTION

No. 20-00335

Section " " Mag " "
Currault

Motion to produce
Documents

Related to
12-968 BELO
in MDL #2179

Dated: 8/14/2020

Certificate of Service
I hereby certify that I have served a copy of this
document on all counsel fo record either in person
or by mailing it postage prepaid on this

14th day of August, 20 20

Signature

_____ Fee _____
_____ Process _____
 X    Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

TENDERED FOR FILING

AUG 21 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

(1)

Plaintiff seeks required employment Information. B.P. has failed to supply in their discloser, the Documents required in the M.S.A.

Plaintiff seeks all records reguarding clean up work as follows

(1) All records from Global Employment Services Inc.

(2) The Baymaster II

(3) Sun Towing

Enployee # 3466

From 6-22-11
Until 8-5-11

(4) All V.O.O. Decon Records From Biloxi Ms. Including stop work order, given by me to I.C. and their reports of the stop work order on the Decon of Plaintiffs Personal Boat. SuperSkiff I MOB 55249

(2)

B.P. was non responsive, in over 4500 pages, Witholding this data.

The documents enclosed are from B.P. vetted contractors. They failed the requirements of the M.S.A. in part due to the unreported 2 AM fire on board the Baymaster II during my fire watch. They Fired me for calling the Coast Guard and reporting 20 men were asleep and the main generator Burst into flames on top of 20,000 gallons of fuel.

The super skiff I was my 3 year old boat totaled by B.P. marine servayers due to oil - disperced oil.

(5) All records of Animal Rescue and D.M.R. onboard the super skiff I. MOB 55249

(6) Vog Records on Super Skiff I Vessel Damage claim, including Denial Letter and Total Loss payment records, MOB 55249 a 3 year old Boat.

③

I was hired Directly By B.P. America, Production on 5-8-2010 in Voo contract MOB 55249

Thank you Judge,

*[signature]*

John Scott MAAS
505 Ripley Rd
Sparta TN. 38583
228-273-5898

④

**GLOBAL EMPLOYMENT SERVICES, INC.**  124704

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD BEGIN/ENDING | CHECK DATE |
|---|---|---|---|---|
| 3466 | John S. Maas | 319663444 | WED-TUES 6/22/11 - 6/28/11 | THURS 6/30/11 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Training | 21.00 | 8.00 | 168.00 | Gross | 168.00 | 336.0 |
| Orientation | 21.00 | | | Fed Income | -12.76 | -25.5 |
| | | | | Soc Sec | -7.06 | -14.1 |
| | | | | Medicare | -2.44 | -4.8 |
| | | | | State | -5.00 | -10.0 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 1 | 8.00 | 168.00 | 336.00 | $140.74 | 124704 |

**GLOBAL EMPLOYMENT SERVICES, INC.**  124811

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD BEGIN/ENDING | CHECK DATE |
|---|---|---|---|---|
| 3466 | John S. Maas | 319663444 | 6/29/11 - 7/5/11 | 7/8/11 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 21.00 | 40.00 | 840.00 | Gross | 2,462.25 | 2,798.2 |
| Overtime | 31.50 | 51.50 | 1,622.25 | Fed Income | -555.37 | -580.8 |
| Training | 21.00 | | | Soc Sec | -103.41 | -117.5 |
| Orientation | 21.00 | | | Medicare | -35.70 | -40.5 |
| | | | | State | -119.00 | -129.0 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 1 | 91.50 | 2462.25 | 2798.25 | $1,648.77 | 124811 |

**GLOBAL EMPLOYMENT SERVICES, INC.**  125148

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD BEGIN/ENDING | CHECK DATE |
|---|---|---|---|---|
| 3466 | John S. Maas | 319663444 | 7/18/11 - 7/24/11 | 7/29/11 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 21.00 | 40.00 | 840.00 | Gross | 2,698.50 | 5,496.7 |
| Overtime | 31.50 | 59.00 | 1,858.50 | Fed Income | -621.52 | -1,202.4 |
| Training | 21.00 | | | Soc Sec | -113.34 | -230.8 |
| Orientation | 21.00 | | | Medicare | -39.13 | -79.7 |
| | | | | State | -131.00 | -260.0 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 1 | 99.00 | 2698.50 | 5496.75 | $1,793.51 | 125148 |

5

**GLOBAL EMPLOYMENT SERVICES, INC.**  125333

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD BEGIN/ENDING | CHECK DATE |
|---|---|---|---|---|
| 3466 | John S. Maas | 3196?3444 | 7/25/11 - 7/31/11 | 8/5/11 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 21.00 | 40.00 | 840.00 | Gross | 1,281.00 | 6,777.7 |
| Overtime | 31.50 | 14.00 | 441.00 | Fed Income | -235.63 | -1,438.0 |
| Training | 21.00 | | | Soc Sec | -53.80 | -284.6 |
| Orientation | 21.00 | | | Medicare | -18.57 | -98.2 |
| | | | | State | -60.00 | -320.0 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 1 | 54.00 | 1281.00 | 6777.75 | $913.00 | 125333 |



NASHVILLE TN 370

17 AUG 2020 PM 4 L

MAAS
505 Ripley Rd
Sparta TN. 38583

Clerks Office
United States District Court
500 Poydras St
New Orleans LA 70130

70130-335726